IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00301-WYD

UNITED STATES OF AMERICA,

      Petitioner,

v.

MICHAEL J. OLDHAM,

      Respondent.

## ORDER

Petitioner, the United States of America, has filed a Motion to Enforce Final Judgment and Enforcement Order. For the reasons set forth in that motion, in the other documents on file in this case, and at the hearing on the United States' Motion on September 1, 2006, the Court finds and orders as follows:

1. Despite due service, Respondent Michael J. Oldham has failed to comply with the Final Judgment and Enforcement Order entered by this Court on April 12, 2006. In addition, Respondent has failed to comply with the Court's Minute Order dated August 22, 2006 requiring him to appear before this Court on September 1, 2006 at 1:30 p.m.

2. The Court finds, based on his failure to comply with these orders, that Respondent Michael J. Oldham is in contempt of this Court.

3.    A bench warrant shall be issued for the arrest of Respondent Michael J. Oldham. When he is arrested, he shall be brought before this Court at the earliest opportunity, at which time the Court will conduct a hearing to determine an appropriate sanction for Respondent's contempt of court.

Dated: September 6, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge