IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00301-WYD

UNITED STATES OF AMERICA,

      Petitioner,

v.

MICHAEL J. OLDHAM,

      Respondent.

## ORDER

On November 17, 2006, the Respondent Michael J. Oldham appeared before this Court pursuant to an executed Warrant for Arrest issued by this Court on September 26, 2006.  At the hearing, Respondent failed to show good cause as to why he should not be sanctioned for his contempt arising from his failure to comply with the Court's Final Judgment and Enforcement Order issued April 12, 2006.  Accordingly, for this reason and the reasons contained in the Court's Order of September 6, 2006, it is

ORDERED that the Respondent is fined Seven Thousand Dollars ($7,000.00) as a civil penalty for his contumacy based on the time elapsed from the compliance date set in the Final Judgment and Enforcement Order.  The payment of this civil penalty shall be **STAYED** until no later than December 8, 2006, as set forth below.  It is

FURTHER ORDERED that Respondent shall forthwith meet with an Internal Revenue Service designee to provide the information requested in the Internal Revenue Service Summons.  Respondent shall comply with the Final Judgment and

Enforcement Order filed April 12, 2006, no later than 5:00 p.m. on Monday December 4, 2006.  It is

FURTHER ORDERED that if Respondent complies with the Final Judgment and Enforcement Order as ordered herein, the Petitioner shall file a notice of satisfaction with the Court on or before December 6, 2006, and the civil penalty of $7,000.00 shall be discharged and this case terminated.  It is

FURTHER ORDERED that if Respondent fails to comply with the Final Judgment and Enforcement Order as ordered herein by December 4, 2006, the Petitioner shall notify the Court of this by pleading filed on or before December 6, 2006.  It is

FURTHER ORDERED that if Respondent fails to comply with the Final Judgment and Enforcement Order as ordered herein by December 4, 2006, payment of the $7,000.00 fine shall no longer be stayed but shall then be due and owing by the Respondent.  Payment of the fine shall then be made by Respondent to the Clerk of the Court on or before 5:00 p.m. on December 8, 2006.  It is

FURTHER ORDERED that if Respondent fails to comply with this Order, further penalties and/or sanctions may be assessed against Respondent and/or a bench warrant issued for Respondent's arrest.

Dated:  November 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge