IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00301-WYD

UNITED STATES OF AMERICA,

      Petitioner,

v.

MICHAEL J. OLDHAM,

      Respondent.

---

### ORDER

---

THIS MATTER is before the Court on the United States' Status Report filed November 27, 2006.  The United States indicates therein that Respondent has complied with the Final Judgment and Enforcement Order as directed by the Court at the hearing on November 17, 2006, and in the Order issued November 27, 2006.  Accordingly, it is

ORDERED that the civil penalty of $7,000.00 assessed in the Order of November 27, 2006 is **DISCHARGED**.  It is

FURTHER ORDERED that this case is **TERMINATED**.

Dated:  November 30, 2006

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge